DAVEN G. LOWHURST (CA BAR #124723)
Email: dglowhurst@thelen.com
JOHN P. BEVAN (CA BAR #172588)
Email: jpbevan@thelen.com
AARON R. GRUBER (CA BAR #209509)
Email: agruber@thelen.com
**THELEN REID BROWN RAYSMAN & STEINER LLP**
101 Second Street, Suite 1800
San Francisco, CA  94105-3606
Tel.  415.371.1200
Fax  415.371.1211

Attorneys for Plaintiff CENTEX HOMES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| CENTEX HOMES,<br><br>Plaintiff,<br><br>vs.<br><br>FINANCIAL PACIFIC INSURANCE COMPANY, AMERICAN STATES INSURANCE COMPANY, SAFECO INSURANCE COMPANY and CARR BUSINESS ENTERPRISES, INC.,<br><br>Defendants. | Case No.:  1:07-CV-00567-AWI-SMS<br><br>**ORDER RE DISMISSAL OF DEFENDANT SAFECO INSURANCE COMPANY PURSUANT TO RULE 41 OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Centex Homes has requested the dismissal, without prejudice, of Defendant Safeco Insurance Company.  American States Insurance Company, the only other party that has appeared in this action, stipulates to this dismissal.

The Court hereby dismisses Defendant Safeco Insurance Company without prejudice.

Dated: __May 29, 2007__          _____/s/ Anthony W. Ishii_____

                                                UNITED STATES DISTRICT JUDGE