1  **Shahab E. Fotouhi - No. 168301**
   **Mark J. Divelbiss - No. 142084**
2  FOTOUHI • EPPS • HILLGER • GILROY LLP
   160 Pine Street, Suite 710
3  San Francisco, CA 94111
   Tel: 415.362.9300
4  Fax: 415.358.5521

5  Attorneys for Defendant
   FINANCIAL PACIFIC INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA-FRESNO DIVISION

| | |
|---|---|
| CENTEX HOMES | Case No. 1:07-CV-00567-AWI-SMS |
| Plaintiff, | STIPULATION AND ORDER TO ALLOW REQUEST FOR ADMISSION TO BE MODIFIED |
| vs. | |
| FINANCIAL PACIFIC INSURANCE COMPANY, AMERICAN STATES INSURANCE COMPANY, SAFECO INSURANCE COMPANY and CARR BUSINESS ENTERPRISES, INC. | |
| Defendants. | |

WHEREAS, The parties hereto, through their respective counsel, hereby stipulate as follows:

WHEREAS, Defendant FINANCIAL PACIFIC INSURANCE COMPANY ("FPIC") served a Supplemental Response to Plaintiff CENTEX HOMES' Request for Admissions on or about March 9, 2009.

WHEREAS, That response was made in error and is required to be modified as set forth in the attached Second Supplemental Response to Request for Admissions, Set One.

WHEREAS, the modification of that response is necessary in presenting the merits of the case and no substantial prejudice will exist to the party requesting the admission by allowing this modification.

IT IS SO STIPULATED BY COUNSEL:

                                              HOWREY LLP

DATED: _____ By: _____/s/ Aaron Gruber_____
                                                      Aaron Gruber
                                                      Attorneys for Plaintiff CENTEX HOMES

                                            ANWYL, SCOFFIELD & STEPP, LLP

DATED:_____ By: _____/s/ Pamela Lewis_____
                                                      Pamela A. Lewis
                                                     Attorneys for Carr Business Enterprises, Inc.

                                            Sɪɴɴᴏᴛᴛ, Dɪᴛᴏ, Mᴏᴜʀᴀ & Pᴜᴇʙʟᴀ, P.C.

DATED: _____ By: _____/s/ Blaise S. Curet_____
                                                      Blaise S. Curet
                                                     Attorneys for American States Insurance Company

DATED: May 15, 2009                   FOTOUHI • EPPS • HILLGER • GILROY LLP

                                           By: \_\_\_\_\_/s/ Mark J. Divelbiss_____
                                                     Mark J. Divelbiss
                                                     Attorneys for Defendant
                                                     FINANCIAL PACIFIC INSURANCE COMPANY

## RULE 7-131(e) CERTIFICATION

I, Mark J. Divelbiss, hereby attest, pursuant to this Court's Rule 7-131(e), that each of the other counsel identified above have authorized the submission of this Stipulation and [Proposed] Order on that counsel's behalf.

Executed this 13th day of May, 2009, at San Francisco, California.

                                                                  /s/ Mark J. Divelbiss
                                                                  Mark J. Divelbiss
                                                                  Attorneys for Defendant
                                                                  FINANCIAL PACIFIC INSURANCE COMPANY

ORDER

The parties having so stipulated and good cause appearing therefor:

Defendant FINANCIAL PACIFIC INSURANCE COMPANY is granted leave to serve their Second Supplemental Response to Plaintiff CENTEX HOMES' Request for Admissions.

IT IS SO ORDERED.

**Dated:   May 15, 2009**              /s/ **Sandra M. Snyder**
                                       UNITED STATES MAGISTRATE JUDGE