DAVEN G. LOWHURST (CA BAR #124723)
Email:  lowhurstd@howrey.com
AARON R. GRUBER  (CA BAR #209509)
Email:  grubera@howrey.com
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA  94105-3606
Tel.  415.848.4900
Fax  415.848.4999

Attorneys for Plaintiff
CENTEX HOMES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| CENTEX HOMES,<br><br>　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>FINANCIAL PACIFIC INSURANCE COMPANY, AMERICAN STATES INSURANCE COMPANY, SAFECO INSURANCE COMPANY and CARR BUSINESS ENTERPRISES, INC.,<br><br>　　　　　　　　　Defendants.<br><br>RELATED CROSS/COUNTER-CLAIMS | Case No.: 1:07-CV000567-AWI-SMS<br><br>STIPULATION AND ORDER TO EXTEND HEARING DATE FOR CARR BUSINESS ENTERPRISES, INC.'S MOTION FOR SUMMARY JUDGMENT (ADJUDICATION)<br><br>Original Hearing Date: August 31, 2009<br>Revised Hearing Date: September 21, 2009<br><br>Trial Date: March 16, 2010 |

　　　　Moving Party Carr Business Enterprises, Inc. and Opposing Party Centex Homes, through their respective counsel, hereby agree and stipulate as follows, and request that the Court enter the following order approving the stipulation:

　　　　WHEREAS the hearing date of Moving Party Carr Business Enterprises, Inc.'s Motion for Summary Judgment or in the alternative Motion for Summary Adjudication is currently set for hearing on August 31, 2009

WHEREAS counsel for Opposing Party Centex Homes requested that counsel for Carr Business Enterprises, Inc. agree to continue the hearing date due to an unexpected out of town family emergency.

WHEREAS counsel for Carr Business Enterprises, Inc. has graciously agreed to extend the hearing date for its Motion for Summary Judgment or in the alternative Summary Adjudication.

ACCORDINGLY, IT IS HEREBY STIPULATED by and among the parties to this motion, through their respective counsel below, that the hearing date of Carr Business Enterprises, Inc.'s Motion for Summary Judgment or in the alternative Motion for Summary Adjudication may be extended as set forth below:

| Event | Current date | Revised date |
|---|---|---|
| Hearing Date for Carr Business Enterprises, Inc.'s Motion for Summary Judgment or in the alternative Summary Adjudication | 8/31/09 | 9/21/09 |

DATED:  August 10, 2009              HOWREY LLP

                                By     /s/ Aaron Gruber
                                AARON R. GRUBER
                                Attorneys for Plaintiff CENTEX HOMES


DATED:  August 10, 2009              ANWYL SCOFFIELD & STEPP, LLP

                                By     /s/ Lindy Scoffield
                                LINDY SCOFFIELD
                                Attorneys for Defendant CARR BUSINESS
                                ENTERPRISES, INC.

## RULE 7-131(e) CERTIFICATION

I, Aaron R. Gruber, hereby attest, pursuant to this Court's Rule 7-131(e), that each of the other counsel identified above have authorized the submission of this Stipulation and [Proposed] Order on that counsel's behalf.

Executed this 10th day of August, 2009, at Sacramento, California.


/s/  Aaron R. Gruber
Aaron R. Gruber
Attorney for Plaintiff CENTEX HOMES

## ORDER

The parties having so stipulated, and good cause appearing, the Court hereby revises the hearing date for Carr Business Enterprises, Inc.'s Motion for Summary Judgment or in the alternative Summary Adjudication as set forth below:

Event

|  | Current date | Revised date |
|---|---|---|
| Hearing Date for Carr Business Enterprises, Inc.'s Motion for Summary Judgment or in the alternative Summary Adjudication | 8/31/09 | 9/21/09 |

All opposition and reply papers to be calendared based on the Revised Hearing Date.

IT IS SO ORDERED.


Dated:   August 11, 2009                        /s/ Anthony W. Ishii
                                       CHIEF UNITED STATES DISTRICT JUDGE