DAVEN G. LOWHURST (CA BAR #124723)
Email: lowhurstd@howrey.com
AARON R. GRUBER (CA BAR #209509)
Email: grubera@howrey.com
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105-3606
Tel. 415.848.4900
Fax 415.848.4999

Attorneys for Plaintiff
CENTEX HOMES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

CENTEX HOMES,

Plaintiff,

vs.

FINANCIAL PACIFIC INSURANCE COMPANY, AMERICAN STATES INSURANCE COMPANY, SAFECO INSURANCE COMPANY and CARR BUSINESS ENTERPRISES, INC.,

Defendants.

RELATED CROSS/COUNTER-CLAIMS

Case No.: 1:07-CV000567-AWI-SMS

STIPULATION AND ORDER TO EXTEND CERTAIN PRE-TRIAL DEADLINES AND TRIAL

Courtroom: 7

Magistrate Judge: Honorable Sandra M. Snyder

Current Trial Date: March 16, 2010

Pursuant to the telephonic conference among the parties and the Court on October 15, 2009, the parties to the action, through their respective counsel, hereby agree and stipulate as follows, and request that the Court enter the following order approving the stipulation:

WHEREAS Case Nos. 1:07-CV000567, 1:07-CV000568, 1:07-CV000569, and 1:07-CV000570, which are all in this Court and include this action, while not consolidated, are related to some degree by virtue of Plaintiff and Defendant Financial Pacific Insurance Company being parties to all four cases and Plaintiff having similar claims against the Defendants;



PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS certain discovery issues are common to each of the four cases, and the parties seek extension of certain pre-trial deadlines applicable to all four case based on the following facts;

WHEREAS the cases involve claims concerning numerous underlying state court actions for construction defects in which there were hundreds of underlying plaintiffs;

WHEREAS the parties are still diligently exchanging documentation, made more time consuming because of difficulty in locating and producing certain documents relevant to their claims and defenses;

WHEREAS the parties, by and through their respective counsel, are still working to resolve issues related to document conversion, accessibility and production, as well as to informally resolve various discovery disputes that have arisen;

WHEREAS the parties have previously requested extension of discovery deadlines but realize they will be unable to complete discovery by the current discovery deadlines for the reasons mentioned above;

WHEREAS the person most knowledgeable for Defendant CARR BUSINESS ENTREPRISES, INC. has, until recently, been unavailable for deposition;

WHEREAS, the parties have met and conferred on pre-trial deadlines and declare that this stipulation has been entered into based on a good faith analysis of the time necessary to conclude their discovery based on facts known to them at this time, and of the need to have non-expert discovery completed prior to expert disclosures;

WHEREAS, the mediation, previously scheduled for September 1, 2009, has been continued to December 15, 2009 due to trial conflicts of defense counsel and to allow parties to complete discovery;

IT IS HEREBY STIPULATED by and among the parties to this action, through their respective counsel below, that the following deadlines may be extended as set forth below:



PDF created with pdfFactory trial version www.pdffactory.com

| Event | Current deadline | Revised deadline |
|---|---|---|
| Close of non-expert discovery | 11/6/09 | 4/2/10 |
| Expert disclosure | 11/20/09 | 4/16/10 |
| Supplemental expert disclosure | 12/04/09 | 4/30/10 |
| Close of expert discovery | 12/18/09 | 5/21/10 |
| Filing dispositive motion | 12/24/09 | 5/28/10 |
| Filing non-dispositive motion (except re expert witness discovery) | 12/24/09 | 5/28/10 |
| Filing motion re expert witness discovery | 12/24/09 | 6/4/10 |
| Pre-trial conference date | 1/29/10 | 7/9/10 |
| Trial Date | 3/16/10 | 8/24/10 |

DATED: October 28, 2009

HOWREY LLP

By /s/ Daven G. Lowhurst
DAVEN G. LOWHURST
Attorneys for Plaintiff CENTEX HOMES

DATED: October 28, 2009

FOTOUHI EPPS HILLGER GILROY LLP

By /s/ Mark Divelbiss
MARK DIVELBISS
Attorneys for Defendant and Cross-Claimant FINANCIAL PACIFIC INSURANCE COMPANY

DATED: October 28, 2009

ANWYL SCOFFIELD & STEPP, LLP

By /s/ Pamela Lewis
PAMELA LEWIS
Attorneys for Defendant CARR BUSINESS ENTERPRISES, INC.



PDF created with pdfFactory trial version www.pdffactory.com

DATED: October 28, 2009

ARCHER NORRIS PLLC

By /s/ Sean White
SEAN WHITE
Attorneys for Defendant and Cross-Claimant FINANCIAL PACIFIC INSURANCE COMPANY

DATED: October 28, 2009

SINNOTT, DITO, MOURA & PUEBLA P.C.

By /s/ Stephen Wong
STEPHEN WONG
Attorneys for Cross-Defendant AMERICAN STATES INSURANCE COMPANY



PDF created with pdfFactory trial version www.pdffactory.com

**RULE 7-131(e) CERTIFICATION**

I, Aaron R. Gruber, hereby attest, pursuant to Rule 7-131(e), that each of the other counsel identified above have authorized the submission of this Stipulation and [Proposed] Order on that counsel's behalf. Executed this 28th day of October, 2009, at San Francisco, California.

/s/ Daven G. Lowhurst
Daven G. Lowhurst
Attorney for Plaintiff CENTEX HOMES

**ORDER**

The parties having so stipulated, and good cause appearing, the Court hereby revises its current Scheduling Conference Order to incorporate the revised deadlines set forth below:

| Event | Current deadline | Revised deadline |
|---|---|---|
| Close of non-expert discovery | 11/6/09 | 4/2/10 |
| Expert disclosure | 11/20/09 | 4/16/10 |
| Supplemental expert disclosure | 12/04/09 | 4/30/10 |
| Close of expert discovery | 12/18/09 | 5/21/10 |
| Filing dispositive motion | 12/24/09 | 5/28/10 |
| Filing non-dispositive motion (except re expert witness discovery) | 12/24/09 | 5/28/10 |
| Filing motion re expert witness discovery | 12/24/09 | 6/4/10 |
| Pre-trial conference date | 1/29/10 | 7/9/10 at 8:30a.m. (AWI) |
| Trial Date | 3/16/10 | 8/24/10 at 8:30 a.m. (AW) |

**IT IS SO ORDERED.**

**Dated: November 3, 2009** **/s/ Sandra M. Snyder**

**UNITED STATES MAGISTRATE JUDGE**



PDF created with pdfFactory trial version www.pdffactory.com