IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTEX HOMES, | ) CV F 07-00567 AWI SMS |
| Plaintiff, | ) |
| v. | ) ORDER ON REQUEST FOR CORRECTION OF TYPOGRAPHICAL ERRORS AND NOTICE OF AMENDMENT OF ORDER |
| FINANCIAL PACIFIC INSURANCE COMPANY, AMERICAN STATES INSURANCE COMPANY, SAFECO INSURANCE COMPANY, CARR BUSINESS ENTERPRISES, INC. et al., | ) Doc. # 65 |
| Defendants. | ) |

On December 16, 2009, the court filed a memorandum opinion and order (the "December 16 Order") granting in part and denying in part defendant Carr Business Enterprises, Inc.'s ("Carr's") motion for summary judgment or summary adjudication. On December 24, 2009, the court received an *ex parte* request to correct certain typographical errors in the December 16 Order. Most significantly, the errors pointed out consisted of dates set forth at page 3, line 15, and at page 15, line 20 of the December 16 order that erroneously reflected the date ten years prior to the date of filing of the instant action. Carr also requested the insertion of the word "alleged" at page 2, line 19 of the December 16 Order.

The court has reviewed the request and finds that the requested corrections are warranted. The request for correction is therefore GRANTED. An amended version of the

court's December 16 Order is filed herewith. The Clerk of the Court shall make the requested corrections to the list of firm names and attorney names.

IT IS SO ORDERED.

Dated:   January 7, 2010                        /s/ Anthony W. Ishii
                                          CHIEF UNITED STATES DISTRICT JUDGE