1  DAVEN G. LOWHURST (CA BAR #124723)
   Email: lowhurstd@howrey.com
2  AARON R. GRUBER (CA BAR #209509)
   Email: grubera@howrey.com
3  **HOWREY LLP**
   525 Market Street, Suite 3600
4  San Francisco, CA 94105-3606
   Tel. 415.848.4900
5  Fax 415.848.4999

6  Attorneys for Plaintiff
   CENTEX HOMES

FILED
APR 2 0 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| CENTEX HOMES, <br><br> Plaintiff, <br><br> vs. <br><br> FINANCIAL PACIFIC INSURANCE COMPANY, AMERICAN STATES INSURANCE COMPANY, SAFECO INSURANCE COMPANY and CARR BUSINESS ENTERPRISES, INC., <br><br> Defendants. | Case No. 1:07-CV-00567-AWI-SWS <br><br> **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF CLAIMS AND COUNTERCLAIMS WITH PREJUDICE** |

Plaintiff Centex Homes ("Centex"), Defendant Carr Business Enterprises ("Carr"), Defendant, Cross-Defendant and Counter-Claimant Financial Pacific Insurance Company ("FPIC"), and Counter-Defendant and Cross-Complainant American States Insurance Company ("ASIC") (collectively the "Parties") have settled this action and have agreed to dismiss the claims, counter-claims and cross-claims in this action, pursuant to their Settlement Agreement and Release effective as of March 12, 2010 (the "Settlement Agreement"), and hereby submit this Stipulation of Dismissal.

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Centex, Carr, FPIC and ASIC hereby stipulate to dismiss with prejudice all claims, counter-claims, and cross-claims in this action, consistent with and subject to the terms of the Settlement Agreement, the Parties to bear their own respective attorney's fees and costs herein.

IT IS SO STIPULATED.

DATED: April 19, 2010          HOWREY LLP

                               By   /s/ Aaron Gruber
                               AARON R. GRUBER
                               Attorneys for Plaintiff CENTEX HOMES

DATED: April 19, 2010          FOTOUHI EPPS HILLGER GILROY LLP

                               By   /s/ Mark Divelbiss
                               MARK DIVELBISS
                               Attorneys for Defendant, Cross-Defendant and Counter-Claimant FINANCIAL PACIFIC INSURANCE COMPANY

DATED: April 19, 2010          ARCHER NORRIS LLP

                               By   /s/ Sean White
                               SEAN WHITE
                               Attorneys for Defendant, Cross-Defendant and Counter-Claimant FINANCIAL PACIFIC INSURANCE COMPANY

DATED: April 19, 2010          ANWYL SCOFFIELD & STEPP, LLP

                               By   /s/ Lindy Scoffield
                               LINDY SCOFFIELD
                               Attorneys for Defendant CARR BUSINESS ENTERPRISES, INC.

DATED: April 19, 2010        SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC

By  /s/ Stephen Wong
STEPHEN WONG
Attorneys for Counter-Defendant and Cross-Complainant AMERICAN STATES INSURANCE COMPANY

### RULE 7-131(e) CERTIFICATION

I, Aaron R. Gruber, hereby attest, pursuant to this Court's Rule 7-131(e), that each of the other counsel identified above have authorized the submission of this Stipulation and [Proposed] Order on that counsel's behalf.

Executed this 19th day of April 2010, at San Francisco, California.

/s/ Aaron R. Gruber
Aaron R. Gruber
Attorney for Plaintiff CENTEX HOMES

### ORDER ON STIPULATION

The Parties having so stipulated, and good cause appearing, the dismissals set forth above are **SO ORDERED**.

Dated: April 20, 2010

_____
Judge of the United States District Court